UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

NANCY GUCWA,
and MARK MARUSZA,

        Plaintiffs,

v.

DR. JEFFREY LAWLEY.
DR. HARVEY AGER,
DR. W. JOHN BAKER,
DR. BARRY RUBIN, and
ACCIDENT FUND INSURANCE
COMPANY OF AMERICA,

        Defendants.

Case No. 2:15-cv-10815-AJT-APP

Hon. Arthur J. Tarnow

===============================================================================

| | |
|---|---|
| Marshall D. Lasser (P25573) | Mark A. Hypnar (P32026) |
| **Law Office of Marshall Lasser, P.C.** | **Law Offices of Mark A. Hypnar, P.C.** |
| P.O. Box 2579 | P.O. Box 512 |
| Southfield, MI 48037 | Bloomfield Hills, MI 48303 |
| (248) 647-7722 | (248) 214-6644 |
| Attorney for Plaintiffs | Attorney for Defendant Baker |
| mlasserlaw@aol.com | mahypnar@aol.com |

Joseph A. Fink (P13428)
Kathleen A. Lang (P34695)
Michelle L. Alamo (P60684)
Dickenson Wright PLLC
500 Woodward Avenue, Ste. 4000
Detroit, MI 48226
(313) 223-3500
Attorneys for Defendant Accident Fund
jfink@dickensonwright.com
klang@dickensonwright.com
malamo@dickensonwright.com

===============================================================================

**STIPULATION AND ORDER EXTENDING THE TIME PERIOD
WITHIN WHICH TO FILE RESPONSIVE PLEADINGS, MOVE,
OR OTHERWISE RESPOND TO THE PLAINTIFF'S FIRST AMENDED COMPLAINT**

1

This matter having come before this Court upon the stipulation of Plaintiffs Nancy Gucwa and Mark Marusza and Defendant W. John Baker, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED, pursuant to the Stipulation of the parties, that Defendant W. John Baker is granted an extension of time until April 24, 2015 to file responsive pleadings, move, or otherwise respond to the Plaintiff's First Amended Complaint and Demand for Jury, Trial Docket No. 2, in this cause.

SO ORDERED.

DATED: March 27, 2015                     /S/ Arthur J. Tarnow

                                                                                       Hon. Arthur J. Tarnow

Stipulated as to form and entry:

| By: | /S/ Marshall Lasser | By: | /S/ Mark A. Hypnar |
|---|---|---|---|
| | Marshall Lasser (P25573) | | Mark A. Hypnar (P3206) |
| | **Marshall Lasser, P.C.** | | **Law Offices of Mark A. Hypnar, P.C.** |
| | P.O. Box Box 2579 | | P.O. Box 512 |
| | Southfield, MI 48037 | | Bloomfield Hills, MI 48303 |
| | (248) 647-772 | | (248) 214-6644 |
| | mlasserlaw@aol.com | | mahypnar@aol.com |