UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY GUCWA
and MARK MARUSZA,

      Plaintiffs,

vs.

DR. JEFFREY LAWLEY,
DR. HARVEY AGER,
DR. W. JOHN BAKER,
DR. BARRY RUBIN and
ACCIDENT FUND INSURANCE
COMPANY OF AMERICA,

      Defendants.

Case No. 2:15-cv-10815-AJT-APP

Hon. Arthur J. Tarnow

**PLAINTIFF NANCY GUCWA'S SECOND SUPPLEMENTAL EXHIBIT TO HER RESPONSE TO ACCIDENT FUND'S MOTION TO DISMISS**

---

MARSHALL LASSER (P25573)
MARSHALL LASSER, P.C.
Attorney for Plaintiffs
P.O. Box 2579
Southfield, MI 48037
(248) 647-7722
mlasserlaw@aol.com

DENNIS M. RAUSS (P27951)
GIARMARCO, MULLINS & HORTON, P.C.
Attorneys for Defendant Dr. Jeffrey Lawley
10th Floor Columbia Center
101 West Big Beaver Road
Troy, MI 48084-5280
(248) 457-7000
drauss@gmhlaw.com

MARK A. HYPNAR (P32026)
LAW OFFICES OF MARK A. HYPNAR, P.C.
Attorney for Defendant Dr. W. John Baker
P.O. Box 512
Bloomfield Hills, MI 48303-0512
(248) 215-6644
mahypnar@aol.com

MICHELLE L. ALAMO (P60684)
JOSEPH A. FINK (P13428)
KATHLEEN A. LANG (P34695)
CARMEN L. DORRIS (P77747)
DICKINSON WRIGHT, PLLC
Attorneys for Defendant Accident Fund Insurance Company of America
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500
malamo@dicksonwright.com

| | |
|---|---|
| JOSEPH J. WRIGHT (P41289)<br>RUTLEDGE, MANION, RABAUT<br>TERRY & THOMAS, P.C.<br>Attorneys for Defendant Dr. Harvey Ager<br>333 W. Fort Street, Suite 1600<br>Detroit, MI 48226<br>(313) 965-6100<br>jwright@rmrtt.com | BRIAN D. EINHORN (P13130)<br>TRENT B. COLLIER (P66448)<br>COLLINS, EINHORN, FARRELL, P.C.<br>Attorneys for Defendant Dr. Barry Rubin<br>4000 Town Center, Suite 909<br>Southfield, MI 48075-1473<br>(248) 355-4141<br>Brian.Einhorn@ceflawyers.com |
| MICHAEL D. WEAVER (P43985)<br>PLUNKETT COONEY<br>Attorney for Defendant Dr. W. John Baker<br>38505 Woodward, Suite 2000<br>Bloomfield Hills, Michigan 48304<br>(248) 901-4025<br>mweaver@plunkettcooney.com | SCOTT D. MacDONALD (P45789)<br>DIXON & MacDONALD<br>Co-Counsel for Defendant Dr. W. John Baker<br>24901 Northwestern Highway, Suite 200<br>Southfield, MI 48075<br>(248) 865-8866<br>scottmac@dixon-macdonald.com |

_____/

## NANCY GUCWA'S SECOND SUPPLEMENTAL EXHIBIT TO HER RESPONSE TO ACCIDENT FUND'S MOTION TO DISMISS

The Michigan Workers' Compensation Agency on Oct. 7, 2015, served Exhibit 7, Acknowledgment and Notice of Hearing, in Mark Marusza's workers compensation litigation. This exhibit schedules for hearing Nancy Gucwa's Application for Mediation or Hearing - Form C, which the Agency attached to the Acknowledgment and Notice. Thus Nancy Gucwa's claim for services is again pending before the Agency, with the proper form now having been filed.

Respectfully submitted,

MARSHALL LASSER, P.C.

/s/ Marshall Lasser
MARSHALL LASSER (P25573)
Attorney for Plaintiffs
P.O. Box 2579
Southfield, MI 48037
(248) 647-7722
mlasserlaw@aol.com

Dated:  October 14, 2015

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2015, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

/s/ Marshall Lasser
Marshall Lasser (P25573)
MARSHALL LASSER, P.C.
Attorney for Plaintiffs
P.O. Box 2579
Southfield, MI 48037
(248) 647-7722
mlasserlaw@aol.com

C:\wp51\DOCS\AccidentFundRico\PlaintiffsSecondSupplementalExhibittoherResponsetoAccidentFund'sMTD.wpd