IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY GUCWA and
MARK MARUSZA,

                Plaintiffs,                Case No: 2:15-cv-10815-AJT-APP

v                                                         Hon. Arthur J. Tarnow

DR. JEFFREY LAWLEY, DR. HARVEY AGER,
DR. W. JOHN BAKER, DR. BARRY RUBIN,
and ACCIDENT FUND INSURANCE COMPANY
OF AMERICA,

                Defendants.
_____

| | |
|---|---|
| MARSHALL D. LASSER (P25573)<br>LAW OFFICE OF MARSHALL LASSER, P.C.<br>**Attorney for Plaintiffs**<br>P.O. Box 2579<br>Southfield, Michigan 48037<br>(248) 647-7722<br>mlasserlaw@aol.com | JOSEPH J. WRIGHT (P41289)<br>**Attorney for Defendant Ager**<br>333 W. Fort St., Ste. 1600<br>Detroit, Michigan 48226<br>(313) 965-6100<br>jwright@rmrtt.com |
| MARK A. HYPNAR (P32026)<br>**Attorney for Defendant Baker**<br>P.O. Box 512<br>Bloomfield Hills, Michigan 48303<br>(248) 214-6644<br>mahypnar@aol.com | JOSEPH A. FINK (P13428)<br>KATHLEEN A. LANG (P34695)<br>MICHELLE L. ALAMO (P60684)<br>**Attorneys for Accident Fund Ins. Co.**<br>500 Woodward, Ste. 4000<br>Detroit, Michigan 48226<br>(313) 223-3500<br>jfink@dickensonwright.com<br>klang@dickensonwright.com<br>malamo@dickensonwright.com |
| SCOTT D. MacDONALD (P45789)<br>**Co-Counsel for Defendant Baker**<br>24901 Northwestern Hwy., Ste. 200<br>Southfield, Michigan 48075<br>(248) 865-8866<br>scottmac@dixon-macdonald.com | TRENT B. COLLIER (P66448)<br>BRIAN D. EINHORN (P13130)<br>**Attorneys for Defendant Rubin**<br>4000 Town Center, 9th Floor<br>Southfield, Michigan 48075<br>(248) 355-4141<br>trent.collier@ceflawyers.com |
| DENNIS M. RAUSS (P27951)<br>**Attorney for Defendant Lawley**<br>101 W. Big Beaver, 10th Floor<br>Troy, Michigan 48084<br>(248) 457-7000<br>drauss@gmhlaw.com | |

_____

**<u>REQUEST FOR ADJOURNMENT OF MARCH 11, 2016 HEARING REGARDING
DEFENDANTS' MOTIONS TO DISMISS [DE 27, 32, 33, 34, 36]</u>**

NOW COMES DEFENDANT, Harvey Ager, M.D., by and through his attorneys, **Rutledge, Manion, Rabaut, Terry & Thomas, P.C.,** and hereby requests that this Honorable Court adjourn the hearing regarding Defendants' Motions to Dismiss [DE 27, 32, 33, 34, 36], currently scheduled for March 11, 2016, due to the recent substitution of attorneys as I will need time to familiarize myself with the case and the fact that I am already scheduled to be out of the state on the date of the hearing.  A Substitution of Attorneys, Consent, and proposed Order have been submitted to this Court on February 22, 2016.

        Respectfully submitted,

        **RUTLEDGE, MANION, RABAUT,**
        **TERRY & THOMAS, P.C.**

        By: s/Dale A. Robinson
        DALE A. ROBINSON (P55522)
        Attorney for Defendant Ager
        333 W. Fort Street, Suite 1600
        Detroit, MI 48226
        (313) 965-6100
        drobinson@rmrtt.com

Dated:  February 23, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of February, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

        /s/Dale A. Robinson
        Dale A. Robinson (P55522)
        Attorney for Defendant Ager
        333 W. Fort Street, Suite 1600
        Detroit, MI 48226
        (313) 965-6100
        drobinson@rmrtt.com