UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY GUCWA
and MARK MARUSZA,

       Plaintiffs,

vs.

DR. JEFFREY LAWLEY,
DR. HARVEY AGER,
DR. W. JOHN BAKER,
DR. BARRY RUBIN and

ACCIDENT FUND INSURANCE
COMPANY OF AMERICA,
       Defendants.

Case No. 2:15-cv-10815-AJT-APP

Hon. Arthur J. Tarnow

**PLAINTIFFS' RESPONSE TO REQUEST FOR ADJOURNMENT**

---

MARSHALL LASSER (P25573)
MARSHALL LASSER, P.C.
Attorney for Plaintiffs
P.O. Box 2579
Southfield, MI 48037
(248) 647-7722
mlasserlaw@aol.com

DENNIS M. RAUSS (P27951)
GIARMARCO, MULLINS & HORTON, P.C.
Attorneys for Defendant Dr. Jeffrey Lawley
10th Floor Columbia Center
101 West Big Beaver Road
Troy, MI 48084-5280
(248) 457-7000
drauss@gmhlaw.com

MARK A. HYPNAR (P32026)
LAW OFFICES OF MARK A. HYPNAR, P.C.
Attorney for Defendant Dr. W. John Baker
P.O. Box 512
Bloomfield Hills, MI 48303-0512
(248) 215-6644
mahypnar@aol.com

MICHELLE L. ALAMO (P60684)
JOSEPH A. FINK (P13428)
KATHLEEN A. LANG (P34695)
CARMEN L. DORRIS (P77747)
DICKINSON WRIGHT, PLLC
Attorneys for Defendant Accident Fund Insurance Company of America
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500
malamo@dicksonwright.com

| | |
|---|---|
| DALE A. ROBINSON (P55522) <br> RUTLEDGE, MANION, RABAUT TERRY & THOMAS, P.C. <br> Attorneys for Defendant Dr. Harvey Ager <br> 333 W. Fort Street, Suite 1600 <br> Detroit, MI 48226 <br> (313) 965-6100 <br> drobinson@rmrtt.com | BRIAN D. EINHORN (P13130) <br> TRENT B. COLLIER (P66448) <br> COLLINS, EINHORN, FARRELL, P.C. <br> Attorneys for Defendant Dr. Barry Rubin <br> 4000 Town Center, Suite 909 <br> Southfield, MI 48075-1473 <br> (248) 355-4141 <br> Brian.Einhorn@ceflawyers.com |
| MICHAEL D. WEAVER (P43985) <br> PLUNKETT COONEY <br> Attorney for Defendant Dr. W. John Baker <br> 38505 Woodward, Suite 2000 <br> Bloomfield Hills, Michigan 48304 <br> (248) 901-4025 <br> mweaver@plunkettcooney.com | SCOTT D. MacDONALD (P45789) <br> DIXON & MacDONALD <br> Co-Counsel for Defendant Dr. W. John Baker <br> 24901 Northwestern Highway, Suite 200 <br> Southfield, MI 48075 <br> (248) 865-8866 <br> scottmac@dixon-macdonald.com |

_____

### PLAINTIFFS' RESPONSE TO DR. AGER'S REQUEST FOR ADJOURNMENT

Plaintiffs oppose the request.  First, the new law firm has plenty of time to review the file, and any lawyer for that firm may appear.  Second, this case has dragged on partly because it is soooo difficult to find a date fitting everyone's schedule.   Another adjournment will require the date-picking process to be repeated and the case dragged out again.  Third, Dr. Ager's position is identical to the position of the other doctor defendants; the arguments he will assert at the hearing and has asserted in his briefs duplicate the arguments of the other doctor defendants, so prejudice resulting from having fresh counsel two weeks from now is minimal or none.

2

Respectfully submitted,

MARSHALL LASSER, P.C.

/s/ Marshall Lasser
MARSHALL LASSER (P25573)
Attorney for Plaintiffs
P.O. Box 2579
Southfield, MI 48037
(248) 647-7722
mlasserlaw@aol.com

Dated:  February 23, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2016, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

>/s/ Marshall Lasser
>Marshall Lasser (P25573)
>MARSHALL LASSER, P.C.
>Attorney for Plaintiffs
>P.O. Box 2579
>Southfield, MI 48037
>(248) 647-7722
>mlasserlaw@aol.com

C:\wp51\DOCS\AccidentFundRico\PlaintiffsResponseToRequestForAdjournment.wpd