UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY GUCWA, ET AL.,

    Plaintiffs,

v.

JEFFREY LAWLEY, ET AL.,

    Defendants.

_____/

Case No. 15-10815

SENIOR UNITED STATES DISTRICT
JUDGE ARTHUR J. TARNOW

MAGISTRATE JUDGE ANTHONY P.
PATTI

**ORDER DENYING DEFENDANT AGER'S REQUEST TO ADJOURN HEARING [68]**

All Defendants in this case have filed Motions to Dismiss [Dkt. #27, 32, 33, 34, 36]. On September 30, 2015, the Court scheduled a hearing on the Motions to Dismiss for November 16, 2015. On that date, the Court held a status conference with counsel for all parties and adjourned the hearing, to be rescheduled after counsel reported a decision by a workers' compensation agency. On January 20, 2016, Plaintiffs' counsel sent the Court an update on the workers' compensation proceedings and a request to promptly reschedule the hearing. On January 26, 2016, the Court set a new hearing on the Motions to Dismiss for March 11, 2016.

On February 23, 2016, the Court entered a Stipulated Order [69] replacing attorney Joseph Wright with attorney Dale Robinson (of the same firm) as counsel for Defendant Ager.  The same day, attorney Robinson filed, on Defendant Ager's behalf, a Request to Adjourn Hearing [68].  Robinson explains that he needs time to familiarize himself with this case and that he is scheduled to be out of the state on the date of the hearing.  Later that day, Plaintiffs filed a Response [70] opposing Defendant Ager's request to adjourn the hearing.

The Court declines to adjourn the hearing.  Although the Court attempts to accommodate the scheduling preferences of counsel, it is not obligated to do so—particularly with respect to preferences raised shortly before an already scheduled hearing.  Accordingly,

**IT IS ORDERED** that Defendant Ager's Request to Adjourn Hearing [68] is **DENIED**.  A hearing on Defendants' Motions to Dismiss [27, 32, 33, 34, 36] remains scheduled for March 11, 2016.

**SO ORDERED**.

Dated: February 25, 2016

s/Arthur J. Tarnow  
Arthur J. Tarnow  
Senior United States District Judge