UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NANCY GUCWA, ET AL.,

    Plaintiffs,

v.

JEFFREY LAWLEY, ET AL.,

    Defendants.
_____/

Case No. 15-10815

SENIOR U.S. DISTRICT JUDGE
ARTHUR J. TARNOW

U.S. MAGISTRATE JUDGE
ANTHONY P. PATTI

ORDER STAYING CASE AND ADMINISTRATIVELY CLOSING DEFENDANTS'
MOTIONS TO DISMISS [27, 32, 33, 34, 36]

All Defendants have filed Motions to Dismiss [Dkt. #27, 32, 33, 34, 36]. On September 30, 2015, the Court scheduled a hearing on the Motions to Dismiss for November 16, 2015. On that date, the Court held a status conference with counsel for all parties and adjourned the hearing, to be rescheduled after counsel reported a decision by a workers' compensation agency. On January 20, 2016, Plaintiffs' counsel sent the Court an update on the workers' compensation proceedings and a request to promptly reschedule the hearing. The Court held a hearing on the Motions to Dismiss on March 11, 2016. For the reasons stated on the record,

**IT IS ORDERED** that this case is **STAYED** until May 31, 2016.  Any party may at any time submit a request to lift the stay.

**IT IS FURTHER ORDERED** that the pending Motions to Dismiss [27, 32, 33, 34, 36] are **ADMINISTRATIVELY CLOSED**.  Any defendant may reopen its motion by written request submitted with or after a request to lift the stay.

**SO ORDERED**.

|  |  |
|---|---|
| | s/Arthur J. Tarnow |
| | Arthur J. Tarnow |
| Dated: March 14, 2016 | Senior United States District Judge |